**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

JESSIE FRANKLIN TRUITT, )
)
Plaintiff, )
)
v. ) Case No. CIV-25-509-J
)
SGT. SULLIVAN, et al., )
)
Defendants. )

**ORDER**

Plaintiff, a convicted state prisoner, has filed an amended civil rights complaint under 42 U.S.C. § 1983. [Doc. No. 9]. The matter was referred for initial proceedings to United States Magistrate Judge Shon T. Erwin consistent with 28 U.S.C. § 636(b)(1)(B),(C). On August 4, 2026, Judge Erwin issued a Report and Recommendation recommending the Court deny Plaintiff's Motion for Injunctive Relief and Supplement [Doc. Nos. 41 and 42]. Plaintiff's deadline for objection was August 21, 2026. Plaintiff did not object and has waived his right to appellate review of the factual and legal issues addressed in the Report and Recommendation. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 45] and DENIES Plaintiff's Motion for Injunctive Relief and Supplement [Doc. Nos. 41 and 42].

IT IS SO ORDERED this 31st day of August, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE