**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| JESSIE FRANKLIN TRUITT III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-25-509-J |
| | ) | |
| SGT. SULLIVAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Plaintiff, a convicted state prisoner, has filed an amended civil rights complaint under 42 U.S.C. § 1983. [Doc. No. 9]. The matter was referred for initial proceedings to United States Magistrate Judge Shon T. Erwin consistent with 28 U.S.C. § 636(b)(1)(B),(C). On August 21, 2026, Judge Erwin issued a Report and Recommendation [Doc. No. 47] recommending the Court deny Plaintiff's motion for injunctive relief. Plaintiff's deadline for objection was September 30, 2026. Plaintiff did not object and has waived his right to appellate review of the factual and legal issues addressed in the Report and Recommendation. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 47] and DENIES Plaintiff's Preliminary Injunction Request [Doc. No. 46].

IT IS SO ORDERED this 13th day of October, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE